## KEOGH v. ORIENT FIRE INS. CO.

APPEAL FROM THE SUPREME COURT OF THE DISTRICT OF COLUMBIA.

No. 917. Submitted January 14, 1878. — Decided January 28, 1878.

The facts stated in the opinion show that there is not a sufficient amount involved in this case to give this court jurisdiction.

THE case is stated in the opinion.

MR. CHIEF JUSTICE WAITE delivered the opinion of the court.

We have no jurisdiction in this case. The litigation below involved in the appeal was between Keogh and the Orient Fire

Insurance Company as to the ownership of a fund in court for distribution, amounting to $1411.44. Each of the parties claimed the whole, but the court divided it between them, giving Keogh $729.16, and the Insurance Company $682.29. Keogh alone appeals. The Insurance Company is satisfied. It is clear, therefore, that the value of the matter in dispute here is only $682.29. To give us jurisdiction in appeals from the Supreme Court of the District of Columbia, the matter in dispute must exceed $1000.— (Rev. Stat. Sec. 705.) *Appeal dismissed.*

*Mr. Enoch Totten* for appellant.

*Mr. S. R. Bond* for appellees.